UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LUIS DAVIS GERMAN SORIANO,

        Defendant.

24-CR-66-LJV-MJR
DECISION & ORDER

---

1. On August 28, 2024, the defendant, Luis Davis German Soriano, pleaded guilty to counts 7, 8, and 9 of the indictment charging violations of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2 (transporting illegal aliens), and count 10 of the indictment charging a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) (transporting illegal aliens) Docket Item 29.

2. On August 28, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty. Docket Item 31.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 31), the plea agreement (Docket Item 29), the indictment (Docket Item 8), a transcript of the plea proceeding (Docket Item 37), and the

applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of counts 7, 8, 9, and 10 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's August 28, 2024 Report & Recommendation, Docket Item 31, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's pleas of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Luis Davis German Soriano is now adjudged guilty under Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

SO ORDERED.

Dated:   November 30, 2024
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE